**NITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **No. 25-cr-270 (SLS)** |
| | ) | |
| **OMARI JUAN BEIDLEMAN,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**ORDER**

Upon consideration of the defendant's Motion to Dismiss the Information, it is hereby ORDERED that the Motion is GRANTED; it is further ORDERED that the Information is dismissed with prejudice.

Sparkle L. Sooknanan
U.S. District Judge