NITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 25-cr-270 (SLS) |
| | ) | |
| OMARI JUAN BEIDLEMAN, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**ORDER**

Upon consideration of the defendant's Motion to Dismiss the Information with Prejudice, it is hereby ORDERED that the Motion is GRANTED; it is further ORDERED that the Information is dismissed with prejudice.

_____
Sparkle L. Sooknanan
U.S. District Judge