UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>OMARI JUAN BEIDLEMAN,<br><br>*Defendant*. | Criminal Case No. 25 - 270<br>Judge Sparkle L. Sooknanan |

### ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 23, the Court **GRANTS** the Defendant's Motion to Dismiss with Prejudice, ECF No. 21 and **DENIES** the United States's Motion to Dismiss without Prejudice, ECF No. 20. Accordingly, the Court **ORDERS** that the Information is dismissed with prejudice.

   **SO ORDERED.**

                                             _____
                                             SPARKLE L. SOOKNANAN
                                             United States District Judge

Date:  10/1/2025